EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:<br><br>Celia Grau Almedina | 2010 TSPR 120<br><br>179 DPR _____ |
| --- | --- |

Número del Caso: TS-7309


Fecha: 6 de julio de 2010


Abogado de la Parte Peticionaria:

        Por derecho Propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Celia Grau Almedina

7309


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Celia Grau Almedina, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo